# EXHIBIT A



PURCHASE TERMS
*Via email* · ljohnson@adirondackradiology.com
January 2, 2020 / rev 1.23.20

Mr. Lee Johnson
Adirondack Radiology
3 Care Lane, Suite 100
Saratoga Springs, NY 12866
Ph 518.587.7773 · Client ID# 35980

SHIP TO: To be determined

This is to confirm in writing, and for an officer of the company to attach a signature to, the following Purchase Agreement: Mr. Lee Johnson, on behalf of Adirondack Radiology ("Buyer") agree to purchase from Integrity Medical Systems, Inc. ("Seller"), the Medical Equipment (hereafter the "Equipment"), described below. Please note that this agreement verifies details of previous multiple communications.

**EQUIPMENT**: 1) **Extremity MRI GE/ONI Optima MR430s 1.5T. $157,500.00, Installed, with one year extended warranty parts and labor**. Installation includes: Site-Planning, Installation at your site, Calibration, and Basic Operator Training. Price also includes one set of equipment site planning drawings, service visit for system installation, networking, calibration, basic in-service training. Consumables, shipping not included.

**PAYMENT**: Terms: 25% to secure equipment ($39,375.00); 65% due prior to refurbishing and shipping ($102,375.00); balance ($15,750.00) due upon: a) delivery and installation; b) three days from date of delivery if site is unfinished or incomplete or if delay is otherwise not caused by Seller; c) within 20 days from date equipment is ready for shipment if equipment has not shipped through no fault of Seller. Pricing subject to equipment availability until receipt of deposit. Shipping or extra services invoices due upon receipt.

**WARRANTY**: Equipment will be in good working order as of first scan meeting manufacturer's specs (i.e., "completion of installation"). Seller offers the option of inspection prior to shipping. Buyer agrees to schedule any applicable acceptance testing to occur at installation contiguous with Seller's technician. Any extended warranties specifically expressed are for parts and labor only from date of shipment as per attached terms and conditions.

*This Agreement is subject to Additional Terms & Conditions attached.*

Agreed by Integrity Medical Systems Inc.

David Denholtz
President/CEO

Mr. Lee Johnson    / Adirondack Radiology

*(signature of authorized company representative)*
Daniel T Sablich / President    1/24/20
Print Name/Title/Date

BUYER PLEASE INITIAL _____  1

**Integrity Medical Systems, Inc.**
13831 Jetport Commerce Pkwy · Ft. Myers, FL 33913 · 239-454-9555 · FAX 239-454-9599



## PURCHASE TERMS

Sale will be in U.S. Currency on the following terms and conditions:

**1. Completion of Installation/In-Service on all Equipment:** If in-service or installation is expressly included in the equipment purchase; limited to one service visit to install, and "Completion of installation" [COI] will be defined as the moment Equipment has been installed and has produced the first diagnostic-quality phantom image. COI is not dependent upon DICOM or other networking connectivity, image reception or quality on external devices, such as laser cameras, workstations, physicist approval, completion or availability of training, or issues related to shipping or shipping damage. Any included in-service/training, DICOM hook-up, or physicist testing must be done contiguous with delivery/install. Buyer agrees to have any approval testing done at the same time that Seller's technicians are onsite for delivery/install/training. In-Service/training consists of approximately one to two hours demonstrating "knobology" and functionality. Buyer or Buyer's authorized employee onsite should be present at the time of delivery to accept the equipment. Seller will not be responsible for providing additional installation or in-service/training time if Buyer, or Buyer's representative is not present within the time specified, in which case Buyer agrees that acceptance of Equipment shall be by default. Buyer acknowledges that the installation process varies with equipment modality and site conditions, and agrees to refrain from scheduling patients until installation is complete.

**2. Install Site and Magnet Room:** Buyer is responsible for any construction and electrical alterations, necessary to the site. Buyer is responsible for any pertinent local, state or federal permits necessary, is responsible for adhering to local, state or federal code requirements, and agrees to notify Seller of any such requirements affecting the delivery and installation of Equipment. Price does not include, and Seller is not responsible for site and room testing services; Buyer agrees to have the site and the room fully tested and certified (for such things as electromagnetic interference, etc.) prior to Magnet Room construction and/or delivery, and to provide Seller written test results and certifications upon request. If Buyer retains responsibility of Magnet Room Construction, Buyer agrees to provide Seller with a "Magnet Room Certification" from an independent RFI Room Tester or physicist. If Buyer contracts Seller to construct the Magnet Room, Buyer is responsible for informing Seller of any state-specific room requirements, and for signing off on final room construction plans. Buyer is further responsible for any necessary demolition and/or clean-up in preparing the site for installation of either Magnet Room or Equipment. Once Buyer has signed off on the room, and the room has been built according to approved plans, Seller will not be responsible for any changes to Magnet Room, flooring, etc., necessary to the delivery and installation of Equipment. Buyer is responsible for all construction and electrical alterations that may be necessary to the site and the room, which must be completed prior to shipment. Buyer is responsible for guaranteeing that site is debris and dust-free, and meets with approved electrical and HVAC requirements prior to delivery. Buyer agrees to provide: any electrical circuitry, surge protection, cabling, room construction, temperature control, floor protection, full access to the premises, X-Ray in Use lights, emergency stop buttons, or any other features necessary to install, service, maintain and operate the Equipment. If room does not meet requirements, Buyer will incur all resulting costs. Improper electrical power and/or unstable temperatures may damage components of the machine; therefore, Buyer will be responsible for any parts and labor necessary to repair equipment due to improper electrical power or temperature extremes. Buyer will be responsible for any longer cable lengths required beyond standard for equipment. Price does not include any necessary site testing services (including but not limited to vibration environment levels, electromagnetic interference (EMI), moving metals, etc. Seller will not be responsible for, nor will Buyer hold Seller responsible for, delays or costs due to any site-related issues. Seller agrees to make good faith effort to advise Buyer on the scope of any necessary electrical and/or structural alterations that may need to be made in advance of installation of equipment, including one set of site planning drawings if specifically included in purchase, but Seller does not guarantee usability of Buyer's site, nor will Seller be any costs due to site conditions or construction. Buyer is responsible for information upon which all versions of site planning drawings are based, for approving any plans, and for ensuring that Buyer's construction company adheres to site plans. Changes to room or equipment configuration necessitated by site conditions are the responsibility of Buyer.

**3. DICOM:** If expressly included, Seller will provide DICOM Compliant Equipment. Buyer provides: dedicated static IP addresses and any other necessary information in advance; a DICOM ready network pre-wired, pre-tested/configured for the Equipment supplied; jacks in appropriate locations. Buyer will need to complete a DICOM questionnaire provided by Seller. Buyer should have a DICOM administrator, and/or an I.T. person available at the time of installation. Buyer is responsible for facilitating connection to outside networks. While Seller shall work diligently to connect Equipment to facility network during the installation, and to provide telephone tech support thereafter, due to the site-specific nature of DICOM, connectivity is not warranted and Seller cannot be responsible for Buyer's internal connectivity, software or networking functionality. Return visits related to connectivity will be billable.

**4. Warranty:** All sales are "as is/where is" unless specifically and explicitly stipulated in this document. The following terms apply additionally to any expressly offered warranty: New equipment will be warranted by the manufacturer (MFR) and any terms will be subject to MFR's coverage which may not include shipping, travel, service. Seller agrees to submit warranty request on Buyer's behalf and expedite any warranty fulfillments due from MFR. Preowned equipment parts warranties will be as specifically detailed on page one, including one-time prorated replacement of x-ray tubes, batteries, circuit boards, detector, glassware, image intensifier, mechanical items such as brakes, wheels, pedals, etc. as needed beginning from the date of shipment of any equipment for Buyer's use, including loaners and substitutes of stated equipment, from seller's or manufacturer's premises; extended tube warranties are prorated parts only. Buyer agrees to furnish any documentation or reports that Seller requests pertaining to warranty diagnosis and/or service. Any explicit warranties are valid for the use of the Buyer stated herein, at the initial location of delivery only. Buyer agrees to contact Seller directly on the occasion of any failure within the warranty period. Call 1-239-454-9555 for service or fax a description of functions problems to

BUYER PLEASE INITIAL _____  2

Integrity Medical Systems, Inc.
13831 Jetport Commerce Pkwy · Ft. Myers, FL 33913 · 239-454-9555 · FAX 239-454-9599



**INTEGRITY MEDICAL**

## PURCHASE TERMS

239-454-9599. During the warranty period, Buyer agrees to use the Equipment in a careful and proper manner, in compliance with Seller's guidelines, and to conform to all Federal, State and local laws and regulations, in a way related to the possession, use or maintenance of the Equipment. Warranty applies only to repairs necessary for functionality and for standard configurations of the base Equipment described herein. Customized features, components, report configuration or records, data back-up or storage, networking, detachable peripherals (HVAC units such chillers, etc., uninterruptable power systems, printers) and/or Buyer-provided peripherals are not covered; consumables or perishable items not included; costs related to a quenched magnet not included; warranty does not include replacement or exchange of equipment; it does not include shipping; it does not include parts, labor or travel expenses beyond the stated duration of the warranty, for any reason. Beyond the initial delivery/installation trip, return service calls not covered under warranty. Not included in parts warranty: Cosmetic features and/or repairs; Training and/or in-service instruction; Governmental regulatory compliance or approval testing; Connectivity, networking or communication; Consumable / replenishable / expendable components and supplies (radioactive sources, helium, cryogens, pads, tubes, belts, bulbs); Report configuration or other customized features; equipment placement changes, rough handling or other site or user-related issues. Parts/labor/expenses for non-warranty visits will be invoiced. Extra labor charges will apply for cancelled travel dates and appointments, and for non-standard hours (before or after standard 9am to 5 pm, weekends, holidays) and shall be billed at 150% of Seller's hourly labor fee, along with any expenses directly related to non-standard hours. Seller has the right to cap warranty value in goods, services, or any cash payments or settlements at an amount not to exceed 10% of item purchase price. All parts replaced under this warranty are the property of Seller. Nonfunctioning parts must be returned to Seller prior to replacement; Seller will bill Buyer fair market cost for any parts not returned to Seller. Seller shall replace parts during the warranty period that might fail due to normal usage, including one-time replacement of x-ray tubes, image intensifier, detectors, circuit boards, batteries, mechanical parts such as brakes, wheels, etc., if applicable or needed. Parts that fail due to abuse, rough handling, accidental damage, shipping damage, improper application, operator misuse or error, storage, site or environmental conditions, manufacturer's defect, design or materials flaw, or a manufacturer-imposed restriction, power surges, brownouts, flooding or other incidents related to Acts of God, nature, war, terrorism, use other than that intended by the manufacturer, shall not be covered by this warranty. Diagnosis of coverage will be at Seller's discretion by Seller's representatives only, and Seller has final authority to evaluate warranty claims. All warranties and any further obligations expressed or implied by the Seller to the Buyer will be null and void as a result of any of the following: If Seller is not contacted directly with warranty requests, If agents unauthorized by Seller perform any actions, including but not limited to service, repair, diagnosis, maintenance, parts removal or parts replacement or otherwise interferes with equipment; If untrained or improperly trained personnel operate the Equipment; Buyer's failure to sign and execute a copy of this document or other pertinent paperwork; Nonpayment of outstanding balances or invoiced amounts; Non-return of parts or other Seller property; Improper maintenance of Equipment or site; If the Equipment is moved or shifted from its location; If painting/construction is performed in the room where the Equipment is located; Failure to disclose information about the equipment and its usage; Failure to cooperate with Seller's technical requests and instructions, Failure to provide appropriate dedicated electrical circuitry, surge protection, cabling, room construction, room temperature, access to the premises, or any other features necessary to install, maintain and technically service the Equipment. Issues arising in a gap in warranty due to nonpayment or failure to provide any of the requirements herein will not be covered retroactively. Seller will be given prompt access to any applicable configuration or usage reports, service reports, purchase paperwork, contact information, scans, photographs, examinations of the equipment, etc. Seller is not required to provide to Buyer any tools, accessories, or peripherals necessary for service. Software: Software is installed on the system; however, any copyrighted material or software code may be the intellectual property of the copyright holder. Seller does not purport to sell any copyrighted software; the legal right to use copyrighted software may be licensed by the copyright holder. Computer software disks for installed software may not be included. Seller is not the manufacturer of the equipment or software, does not warrant manufacturer's software or design of equipment, and can not guarantee manufacturer's support of software or equipment; as such, Seller does not warrant that the equipment or the software will meet your requirements, be compatible with equipment or programs, or that operation will be uninterrupted and error-free. Seller makes NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE AND WARRANTIES ARISING FROM COURSE OF PERFORMANCE, COURSE OF DEALING, USAGE OF TRADE, OR SAMPLE PREVIOUSLY SUPPLIED, as to the equipment itself. Seller makes no guarantees, warranties or promises of exact shipping/installation/service dates, revenues, profitability, patient scheduling/throughput, equipment usage, operability, or compatibility, reimbursements, employee training, data back-up or storage, or ability to comply with federal guidelines. Neither Seller nor any of its entities, representatives, employees, or officers provide warranties or guarantees of ability to practice medicine, garner profits, or operate a business. *All invoices, payments, shipping costs, and/or applicable taxes must be remitted in full for warranty to remain in effect. Nonpayment will cause gaps in warranty coverage and may lead to cancellation of all warranties.*

5. **Shipping & Delivery**: Shipping is FOB Fort Myers, FL. Buyer pays all shipping expenses including Fed Ex unless expressly included in purchase price. Buyer acknowledges that Seller is not in the business of shipping, does not guarantee prices or exact shipping dates, and will not be responsible for delays. Quotes are procured on behalf of the Buyer by a third-party shipper, which may apply extra charges, such as expedited shipping, weekend/night/holiday delivery, special services, metropolitan delivery, extra labor needed onsite, special services, missed deliveries, rescheduled deliveries, storage, fuel increases, etc. It is Buyer's responsibility to sign for shipment; Buyer agrees to note any shipping damage in writing, clearly upon Bill of Lading, with shipper's signature of verification, and to photographically document such damage. Delivery, installation, calibration and applications training schedules are tentative, and will be fulfilled by Seller to the best of its ability; however, Seller will not be held liable for delays or damages in shipping, delivery, installation, calibration and applications; nor will any such delays be grounds for cancellation of contract or withholding of a portion or all required payments. Seller will book shipping after receipt of payment and completed Pre-Delivery Questionnaire, and will make a good faith effort to accommodate Buyer's preferred delivery/install/training schedules; however Buyer acknowledges that available schedules

BUYER PLEASE INITIAL _____   3

**Integrity Medical Systems, Inc.**
13831 Jetport Commerce Pkwy · Ft. Myers, FL 33913 · 239-454-9555 · FAX 239-454-9599



INTEGRITY MEDICAL

## PURCHASE TERMS

for certain logistics (truck routes, air travel, etc.) may be limited and agrees to accept Seller's best available dates, or pay a surcharge for expedited logistics. Additional charges that may arise due to Buyer's inability to fulfill a mutually agreed upon schedule for any of the above will be the responsibility of the Buyer. Should Buyer choose not to pay such additional charges, Seller will be released from any and all further obligations, including but not limited to any expressed intention to install, train or warrant. If Buyer is not ready to accept delivery once equipment is ready to ship, Seller will have the option of placing the equipment into storage at Buyer's expense and liability; Seller will not be responsible for any storage of equipment and any parts, supplies, labor or repairs necessary as a result of storage. Seller will not be responsible for any storage of equipment and any parts, supplies, labor or repairs necessary as a result of storage.

6. **Applications Training**: If expressly included, is defined as teaching Buyer basic functional knobology of equipment. Requirements of Buyer and/or Buyer's employee(s) are: Competency in the English language; maximum of two people; the person(s) receiving basic applications training should be the designated operator of the equipment, and should be current on any state and/or local operator requirements. If additional training is needed for any reason, Seller will charge a per diem rate plus travel/expenses. Seller does not offer diagnosis, medical or interpretation education.

7. **Regulatory Requirements**: Seller will be responsible for filing the appropriate FDA form(s). Buyer will be responsible for registration and any regulatory compliance with the appropriate local/state/federal regulatory authorities, as required. Buyer will be responsible for adhering to any location-specific regulations regarding safety, bolt-down of magnet, etc., and will alert Seller to any such requirements prior to delivery and installation. The operation of devices producing ionizing radiation may require operator licensing or certification; Buyer is responsible for training and certification of operator(s). *Before you use this equipment on human subjects, check with state and local regulatory authorities.*

8. **Taxes**: Prices may not include applicable sales tax, excise, use, value added or other taxes, duties or fees now in effect or hereafter levied which Seller may be required to pay or collect in connection with respect to the Equipment. Buyers in the State of Florida without a valid resale certificate agree to promptly pay all such state sales taxes, duties and fees to Seller upon demand, and to be responsible for all late fees, penalties, etc. All other Buyers agree to remit any applicable taxes to their appropriate local, state and federal authorities.

9. **Offer**: This offer and Seller's liability is expressly limited to the written terms hereof. Equipment is subject to availability, and this offer may be withdrawn by the Seller at any time. Seller reserves the right to substitute equipment of equal or greater functional quality if exact unit quoted is unavailable. The terms of this offer may not be modified or altered unless such modification is in writing, signed by the Seller. Any additional or different terms proposed by the Buyer are hereby rejected and will be of no effect upon Seller.

10. **Inspection & Non-Circumvention**: Seller encourages inspection of Equipment by prearranged appointment. If Buyer purchases quoted Equipment directly or indirectly from a party other than the Seller for a period of two (2) years from the date of this document, Buyer will pay Seller a finder's fee of 30% of the price stated herein, or the full amount of any deposit tendered by Buyer to Seller (whichever amount is greatest), as compensation for time and work spent locating equipment & consulting on the project.

11. **Payment/Acceptance**: Buyer shall be deemed to have accepted the terms of this offer by signing this agreement or by ordering the Equipment from Seller. Deposits are non-refundable. At Seller's discretion, deposits may be applied toward future equipment or service purchases, or will be retained as liquidated damages and not as penalty. If Seller cancels sale, any refunds or payments due to Buyer shall not exceed amount paid by Buyer to Seller, minus any expenses incurred at Buyer's request. After the initial Equipment delivery and installation there shall be no returns or replacement. Buyer agrees that any liability, refund or settlement for any reason whatsoever will not exceed a prorated amount of any expressed warranty which for refund purposes shall not be valued over ten percent (10%) of the price paid for equipment, or expressed value of the warranty. Discounts: Discounts are offered contingent upon purchase of multiple items and payment of invoices in full within ten (10) days of presentation of invoice; seller reserves the right to withdraw discounts for cancelled items, or late or partial payments. Non payment: *All payments, shipping costs, and/or applicable taxes must be remitted in full for warranty to remain in effect and warranties will be nullified due to outstanding payments past due;* Buyer will be responsible for collection costs, interest at 21%, and late fees, as long as payments are outstanding. Until full payment has been rendered, Buyer agrees to refrain from scheduling or scanning patients or otherwise utilizing the equipment in any way; Seller shall have the right to audit use during normal business hours in the premises where the Equipment is located and to examine usage reports. Seller is providing equipment of a specific model, capacity, description and manufacture according to Buyer's requests, and is under no obligation to replace or exchange equipment once equipment has been ordered and deposit paid. Buyer acknowledges that Seller is a provider of equipment, is not the manufacturer of the equipment, and as such is not able to warrant operability or that the use of the equipment will be uninterrupted or repair-free. Please note that equipment may accumulate particles of dust or other foreign matter between any necessary and/or expressly offered cleaning, painting or refurbishment and time of delivery, and this in no way implies that any expressed refurbishment process has not been completed; nor may Buyer interpret the presence of such as Seller's failure to perform. Seller does not warrant or guarantee manufacturer's original design or software. Refurbishing, if expressly offered, will be defined as any actions that may be performed on an as-needed basis to bring equipment up to functional operating standards prior to shipment and completion of installation.

12. **Security Interest, Title and Risk of Loss**: Seller certifies that to the best of its ability and knowledge Equipment is free and clear of any liens and encumbrances. Seller retains a first-priority security interest in the equipment and all proceeds and products of the Equipment, including insurance proceeds, until all monies have been paid and Buyer is free and clear to use Equipment. Buyer authorizes Seller to file all financing statements, continuation statements and other documents necessary or desirable to perfect and to maintain Seller's security interest. Risk of Loss remains with Seller until the Equipment is shipped (or stored) at which time risk of loss or damage passes to the Buyer.

BUYER PLEASE INITIAL _____   4

Integrity Medical Systems, Inc.
13831 Jetport Commerce Pkwy · Ft. Myers, FL 33913 · 239-454-9555 · FAX 239-454-9599



**INTEGRITY MEDICAL**

## PURCHASE TERMS

**13. Governing Law:** This purchase has been transacted at Seller's place of business located at 13831 Jetport Commerce Pkwy, Fort Myers, Florida; and as such the laws of the state of Florida, with Lee County as venue of jurisdiction, shall govern enforcement and interpretation of this Agreement and all other issues concerning the sale herein. Buyer consents to resolve disputes through a process of arbitration at Seller's discretion.

**14. Legal Fees:** Each party will be responsible for their own legal fees relating to any complaint or legal action regarding this contract, unless one party initiates actions in contradiction of expressed terms in this agreement, including actions filed outside the stated venue, in which case said party agrees to pay all fees.

**15. Indemnification:** Buyer agrees to indemnify, hold harmless and defend Seller, its officers, directors, agents, employees, predecessors, successors and affiliates and assigns from and against any and all claims, suits, losses, or damages (both compensatory and punitive, including without limitation, attorneys fees and costs) in any way related to or arising out of the sale or future use of this equipment or the equipment itself. Buyer's indemnity and obligation to defend is all-inclusive and is intended to protect Seller and associated parties from any claims whatsoever regarding the equipment, including but not limited to claims alleging Seller's negligence. Buyer's waiver is severable and will survive any cancellation or alteration of the sales agreement.

**16. Loss of Business:** Buyer agrees to waive any claims against Seller for any perceived, actual or anticipated loss of business and/or revenues and no legal claims against the Seller will be valid beyond the end of the warranty and/or contract coverage purview.

**17. Sales to Prohibited Countries:** Seller does not provide goods or services for sale or resale to any countries or entities prohibited by any agency of the government of the United States of America (as of this writing to Seller's best knowledge currently Burma, Cuba, Iran, North Korea, Sudan, Syria). Buyer agrees to abide by all US government regulations regarding such prohibitions and agrees that goods or services purchased from Seller will not be for use or resale to countries or entities under such prohibitions.

**18. Severability:** The parties agree that each provision contained herein shall be treated as a separate and independent clause, and the unenforceability of one shall not impair or nullify the enforceability of any other clause. Moreover, if one or more provisions shall for any reason be held to be overly broad so as to be unenforceable, it shall be construed by the appropriate judicial body by limiting and reducing them, so as to be enforceable to the extent compatible with the applicable law. Any forbearance by either party from enforcing any term of this Agreement shall not constitute a waiver of any right under this Agreement, unless stated in writing.

**19. Captions and Headings:** Captions / headings in this contract have been inserted herein only as a matter of convenience and for reference and in no way define, limit or describe the scope or intent of, or otherwise affect, the provisions herein.

**20. Resale and Third Parties:** Buyer agrees that Seller has no obligations to any third party or entity on Buyer's behalf and makes no warranties, expressed or implied to any third parties in the instance of a resale at any time. Buyer agrees to hold Seller harmless for any and all claims whatsoever made in relation to the future resale of the equipment, or claims made by any third party with whom Buyer might be associated in regards to this equipment. Buyer agrees that any payments due to Seller are not dependent upon any third party payments or terms, and that Buyer's compliance with the terms of this agreement will in no way be dependent on a third party.

**22. Entire Contract:** This agreement supersedes any previous written or oral agreements, and constitutes the entire contract.

BUYER PLEASE INITIAL _____    5

**Integrity Medical Systems, Inc.**
13831 Jetport Commerce Pkwy · Ft. Myers, FL 33913 · 239-454-9555 · FAX 239-454-9599