UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ADIRONDACK RADIOLOGY
ASSOCIATES, P.C.,

    Petitioner/Plaintiff,

v.                                               Case No. 2:21-cv-00466

INTEGRITY MEDICAL SYSTEMS, INC.,

    Respondent/Defendant.
                                        /

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant, INTEGRITY MEDICAL SYSTEMS, INC., ("Defendant") by and through the undersigned counsel, respectfully moves for an extension of time up to and including August 4, 2021, to respond to Plaintiff's Complaint, and states the following in support:

    1.    Plaintiff filed the Complaint (Doc. 1) on June 17, 2021. Defendant was served on or about June 30, 2021 (Doc. 3), making the response deadline July 21, 2021.

    2.    Defendant's counsel was recently retained, and Defendant and its counsel are in the process of reviewing Defendant's files relevant to this

action. To allow Defendant and its counsel time to fully investigate the allegations, formulate an appropriate response to the Complaint, and explore the possibility of early resolution, Defendant respectfully requests a brief extension of time, up to and including August 4, 2021, to respond to Plaintiff's Complaint.

3. Defendant requested an extension from Plaintiff on or about July 20, 2021. Plaintiff agreed to a two-week extension, making the new deadline August 4, 2021.

4. After Plaintiff agreed to the extension, Defendant's counsel's staff moved the response deadline on the calendar to the new deadline of August 4, 2021, not realizing that a motion and court order were required before the deadline would be extended. Compounding matters, with the original deadline off the calendar, the undersigned counsel did not realize that the July 21, 2021, deadline was approaching. It was not until this morning, July 23, 2021, that the undersigned noticed the calendaring error.

5. The undersigned has discussed the subject matter of this Motion with Plaintiff's counsel, who is not opposed to the relief sought herein.

## MEMORANDUM OF LAW

This Court may grant the requested extension of time for good cause shown when the request is made "after the time has expired if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). Defendant's request

for an extension of the deadline is made in good faith and does not prejudice Plaintiff. In fact, Plaintiff consents to the extension. Defendant missing the initial filing deadline, due to mis-calendaring the deadline, was excusable neglect. Permitting the extension will enable Defendant to respond to the Complaint following analysis of the relevant files and it will enable the parties to explore the possibility of early resolution.

WHEREFORE, Defendant respectfully requests an extension of time up to and including August 4, 2021, to respond to Plaintiff's Complaint.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Defendant has conferred with counsel for Plaintiff regarding the subject matter of this motion, and Plaintiff does not oppose the relief requested.

Dated this 23rd day of July, 2021

                              Respectfully submitted,

                              SPIRE LAW, LLC
                              2572 W. State Road 426, Suite 2088
                              Oviedo, Florida 32765

                              By:   /s/ Ashwin R. Trehan
                                       Ashwin R. Trehan, Esq.
                                       Florida Bar No. 42675
                                       ashwin@spirelawfirm.com
                                       sarah@spirelawfirm.com

laura@spirelawfirm.com
Attorney for Respondent/
Defendant| INTEGRITY
MEDICAL SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby Certify that on this 23rd day of July, 2021, the foregoing was electronically filed with the Court by using the CM/ECF portal, which will send a notice of electronic filing to all counsel of record.

*/s/ Ashwin Trehan*
Attorney