UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ADIRONDACK RADIOLOGY
ASSOCIATES, P.C.,

    Petitioner/Plaintiff,

v.                                              CASE NO.: 2:21-cv-00466-SPC-MRM

INTEGRITY MEDICAL SYSTEMS, INC.,

    Respondent/Defendant.
_____/

## UNOPPOSED MOTION TO CONDUCT MEDIATION VIRTUALLY

COMES NOW, the Plaintiff, by and through the undersigned attorney, and pursuant to Local Rule 3.01 and respectfully files this Unopposed Motion to Conduct Mediation Virtually, and represents as follows:

1. On September 14, 2021, the Court entered the Case Management and Scheduling Order, stating that the parties must attend mediation by October 18, 2022.

2. The Case Management and Scheduling Order further states that the parties shall use the services of mediator, David Henry.

3. Mr. Henry has offered the option of conducting the mediation through virtual means, using a video-conferencing platform.

4. The Plaintiff's corporate representatives are located in the State of

New York, the Defendant is located in Ft. Myers, counsel for the parties are located in different cities in the State of Florida and the mediator is located in Orlando, Florida.

5. Accordingly, conducting the mediation virtually would be a cost-effective means of attempting, in good faith, to resolve the parties' dispute.

6. The undersigned's office has communicated with Defendant's counsel, Ashwin Trehan, and Mr. Trehan informed said attorney that he has no objection to conducting mediation virtually.

WHEREFORE, based on the foregoing, Plaintiff respectfully requests that this Court grant this Unopposed Motion to Conduct Mediation Virtually, and allow the parties to conduct mediation virtually.

Dated: March 8, 2022

                                      Respectfully submitted,

*/s/ Ellis R. Faught, III, Esquire*
ELLIS R. FAUGHT, III, ESQUIRE
Florida Bar No.: 84981
*LEAD COUNSEL*
BRIDGETTE M. BLITCH, ESQUIRE
Florida Bar No.: 064969
BLITCH WESTLEY BARRETTE, S.C.
9100 Conroy Windermere Road, Suite 200
Windermere, Florida 34786
Telephone: (407) 574-2835
Facsimile: (608) 829-2982
Primary: tfaught@bwesq.com
Secondary: bblitch@bwesq.com
Third: jsybert@bwesq.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 8, 2022, a true and correct copy of the foregoing document was served on the following via email and the court's electronic service system:

Ashwin R. Trehan, Esq.
Spire Law
2572 W State Road 426
Suite 2088
Oviedo, FL 32765
Ph: (407) 494-0135
Email: ashwin@spirelawfirm.com
*Attorney for Defendant*

/s/ Ellis R. Faught, III, Esquire
ELLIS R. FAUGHT, III, ESQUIRE
Florida Bar No.: 84981
*LEAD COUNSEL*
BRIDGETTE M. BLITCH, ESQUIRE
Florida Bar No.:  064969
BLITCH WESTLEY BARRETTE, S.C.
9100 Conroy Windermere Road, Suite 200
Windermere, Florida 34786
Telephone: (407) 574-2835
Facsimile: (608) 829-2982
Primary: tfaught@bwesq.com
Secondary: bblitch@bwesq.com
Third: jsybert@bwesq.com
Attorneys for Plaintiff