UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ADIRONDACK RADIOLOGY
ASSOCIATES, P.C.,

    Plaintiff,

v.                                      Case No.:  2:21-cv-466-SPC-MRM

INTEGRITY MEDICAL SYSTEMS,
INC.,

    Defendant.
_____/

## ORDER

    Attorney of record Ashwin R. Trehan filed an Unopposed Motion to Withdraw as Counsel for Defendant on April 27, 2022.  (Doc. 33).

    Ashwin R. Trehan states that he "will no longer be working for Spire Law, LLC . . . and will no longer be representing defendants in litigation in his new practice." (*Id.* at 1).

    Counsel's request to withdraw from representation is governed by M.D. Fla. R. 2.02(c), which provides that "[i]f a lawyer appears, the lawyer cannot without leave of court abandon, or withdraw from, the action."  Moreover, a withdrawing lawyer "must notify each affected client fourteen days before moving to withdraw unless the client consents to withdrawal, and . . . file a motion to withdraw that includes" a certification that the lawyer provided fourteen days' notice to the client

and, if the party will proceed *pro se*, providing the party's mailing address, email address, and telephone number. M.D. Fla. R. 2.02(c)(1)(A)-(B).

Here, the Unopposed Motion to Withdraw as Counsel for Defendant demonstrates that Ashwin R. Trehan has complied with M.D. Fla. R. 2.02(c). Therefore, the Court will permit attorney Ashwin R. Trehan to withdraw as counsel of record for Defendant Integrity Medical Systems, Inc.

Accordingly, the Court **ORDERS** that:

1. The Unopposed Motion to Withdraw as Counsel for Defendant (Doc. 33) is **GRANTED**.
2. Ashwin R. Trehan has no further responsibility in this action.
3. The Clerk of Court is directed to terminate Ashwin R. Trehan as counsel of record for Defendant Integrity Medical Systems, Inc. and to remove him from the electronic service list in CM/ECF for this case.
4. Defendant Integrity Medical Systems, Inc. continues to be represented by attorney Jesse I. Unruh of Spire Law, LLC.

**DONE AND ORDERED** in Fort Myers, Florida on April 28, 2022.

Mac R. McCoy
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties